FILED: July 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4735 (L)
(3:20-cr-00435-FDW-DCK-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

IZZAT FREITEKH

Defendant - Appellant

_____

CORRECTED ORDER

_____

Upon consideration of appellant Izzat Freitekh's motion for leave to file separate briefs from appellant Tarik Freitekh, the court grants leave to file separate briefs but does not grant the request to extend the word count. The total combined length of appellants' briefs shall not exceed 20,000 words.

For the Court

/s/ Patricia S. Connor, Clerk